THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00300-MR-DLH

| | | |
|---|---|---|
| JANE DOE 2, | ) | |
| Plaintiff, | ) | |
| vs. | ) | <u>O R D E R</u> |
| BURKE COUNTY BOARD OF EDUCATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the mediator's report to the Court advising that this matter has been settled. [Doc. 11]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: April 26, 2014

Martin Reidinger
United States District Judge